File Copy
5/23/23



RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 08 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURTHOUSE
OF THE NORTHERN DISTRICT COURT OF GEORGIA
CIVIL DIVISION

Baby Doe et al, Plaintiff,

**1:23-CV-2587**

Vs

UNITED STATES COPYRIGHT OFFICE et al.,

BMG RIGHTS MANAGEMENT (US), LLC et al.,

FRENCH MONTANA et al., Respondents.

File Copy
5/23/23



RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 08 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURTHOUSE
OF THE NORTHERN DISTRICT COURT OF GEORGIA
CIVIL DIVISION

Baby Doe et al, Plaintiff,   **1:23-CV- 2587**

Vs

UNITED STATES COPYRIGHT OFFICE et al.,

BMG RIGHTS MANAGEMENT (US), LLC et al.,

FRENCH MONTANA et al., Respondents.

Demand a Title 17 Civil Complaint for a Default Judgement against the Respondents in the amount of $400,000,000 because of downloading, and sharing files of my song titled "9000 Watts" without authority and without signing a professional employment agreement which is illegal under the Constitution of the United States of America.

- Related Case 1:17-cv-3337-JUDGE STORY
- Related Case 1:11-cv-_____-JUDGE DUFFY

I swear under the Penalty of Perjury, that the above statement is the Truth.

Mr. Salinas F. Smith

Mr. Salinas Falun Smith

General Delivery

Fort Lauderdale, Florida 33315

SALINAS.SMITH2022@GMAIL.COM

# IDENTITY HISTORY SUMMARY REQUEST

FD-1164 (Rev. 11-1-20)

| | |
|---|---|
| SIGNATURE OF REQUESTOR | |
| ADDRESS | |
| UNITED STATES DISTRICT COURTHOUSE | |

75 Ted Turner Dr.
Atlanta, GA 30303

FINGERPRINTED BY

SALINAS FALUN SMITH

FBI   LEAVE BLANK

LAST NAME   NAM   FIRST NAME   MIDDLE NAME

SMITH SALINAS FALUN

Baby Doe
DoB: 00/00/1980

DATE OF BIRTH  DOB  YYYY/MM/DD

00/00/1980

| DATE FINGERPRINTED | SEX | RACE | HGT. | WGT. | EYES | HAIR | PLACE OF BIRTH  POB |
|---|---|---|---|---|---|---|---|
| 05/20/2023 | M | AM | 5'10' | 75KG | BLU | BLK | NORTH ATLANTA, GA |

SOCIAL SECURITY NO.

90-1836975

LEAVE BLANK

CLASS

REF.

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY   L. THUMB   R. THUMB   RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

File Copy
5/23/23

COPY Plaintiffs
5/23/23

IN THE UNITED STATES DISTRICT COURTHOUSE
OF THE NORTHERN DISTRICT COURT OF GEORGIA
CIVIL DIVISION

Baby Doe et al, Plaintiff,

Vs

UNITED STATES COPYRIGHT OFFICE et al.,

BMG RIGHTS MANAGEMENT (US), LLC et al.,

FRENCH MONTANA et al., Respondents.